3/24/26 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WITHDRAWAL OF APPEARANCES BY
DENISE CARLON, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF APPEARANCE
OF MATTHEW FISSEL, ESQUIRE, IN
VARIOUS OPEN CASES

Miscellaneous No. 26-202-GLT

Related to Docket No. 2

## ORDER OF COURT

AND NOW, this 24th Day of March, 2026, upon consideration of the

Omnibus Joint Motion to Withdraw the Appearance of Denise Carlon, Esquire, and Enter the

Appearance of Matthew Fissel, Esquire, it is hereby

ORDERED that the Motion is granted, and Denise Carlon, Esquire, is granted leave to

withdraw her appearance as counsel of record in the list of cases attached to the Motion as

Exhibit "A", and it is further

ORDERED that the appearance of Matthew Fissel, Esquire, is entered as counsel of

record for the parties formerly represented by Attorney Carlon in the list of cases attached to the

Motion as Exhibit "A".

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-00202-GLT

Various Open Cases in which Denise Carlo                                                         Chapter

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | + Ivy N Cones, DOJ-Ust, 1085 Raymond Blvd., Ste 2100, Newark, NJ 07102-5218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Mar 25 2026 01:44:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 25 2026 01:44:00 | Shakima Dortch, DOJ-Ust, J. Caleb Boggs Federal Bldg., 844 King St., Ste. 2207, LB 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 25 2026 01:44:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Mar 25 2026 01:44:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 25 2026 01:44:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026         Signature:       /s/Gustava Winters

District/off: 0315-2                   User: auto                                 Page 2 of 2

Date Rcvd: Mar 24, 2026            Form ID: pdf900                             Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | |
| | on behalf of Party to Miscellaneous Proceeding Various Open Cases in which Denise Carlon Appears denise.carlon@gmail.com |
| Matthew Fissel | |
| | on behalf of Party to Miscellaneous Proceeding Various Open Cases in which Denise Carlon Appears bkgroup@kmllawgroup.com  wbecf@brockandscott.com |

TOTAL: 2